9 A.3d 1136

**Charles N. MESSINA, Agnes Messina, Lehigh Asphalt Paving and Construction Co., Petitioners**

v.

**EAST PENN TOWNSHIP, Respondent**

**Nancy Blaha and Christopher Pekurny, Intervenors.**

Supreme Court of Pennsylvania.

Dec. 7, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of December, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issues, rephrased for clarity, are:

(1) Whether 42 Pa.C.S. § 5571.1 precludes a procedural validity challenge brought more than two years after the effective date of the ordinance.

(2) Whether the failure to re-advertise the proposed zoning ordinance after changes were made to the zoning map prior to adoption invalidated the ordinance.